# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 9/9/2025 |
| Case: 25−10195−TMH | Form ID: 309D | Total: 393 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| fa | Force Ten Partners LLC |
| consult | Mineral Energy Resource Associates, LLC |
| 19952666 | Appalachian Aggregates LLC |
| 19952705 | Caterpillar Financial Services Corp |
| 19952910 | The Prime Touch Inc |
| 19952915 | Unica Leaseco LLC |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | White Forest Resources, Inc. | 1295 Ashford Hill Rd.    Ashford, WV 25009 |
| trans | Reliable Companies | Attn: Gene Matthews    1007 North Orange Street    Suite 110    Wilmington, DE 19801 |
| cr | Kinder Morgan Operating LLC "C" | c/o Law Offc Patricia Williams Prewitt    2456 FM 112    Taylor, TX 76574 |
| cr | Caterpillar Financial Services Corporation | c/o Geoffrey G. Grivner, Esquire    Buchanan Ingersoll & Rooney PC    500 Delaware Avenue, Ste. 720    Wilmington, DE 19801 |
| cr | Penn Virginia Operating Co LLC | c/o Peter M. Pearl    Spilman Thomas & Battle PLLC    P. O. Box 90    Roanoke, VA 24002−0090 |
| crcmch | Mallard Environmental Services, Inc. | Attn: Ronald D. Lilly    P.O. Box 1298    Shady Spring, WV 25918 |
| crcmch | Tri−State Industrial Supply, Inc. | Attn: Ryan Hager    1937 Greenup Ave.    Ahsland, KY 41101 |
| crcmch | Webster Trucking, Inc. | Attn: Chrissy Board    11 Hanna Farm Road    Summersville, WV 26651 |
| crcm | Official Committee of Unsecured Creditors | Raines Feldman Littrell LLP    824 N. Market Street    Suite 805    Wilmington, DE 19801 UNITED STATES |
| cr | MAP Ground Lease Owner LLC | c/o Dana S. Plon, Esquire    Sirlin Lesser & Benson, P.C.    123 South Broad Street, Suite 2100    Philadelphia, PA 19109 |
| cr | R.T. Rogers Oil Company, Inc. | PO Box 160    Hinton, WV 25951 |
| cr | Professional Park Properties, LLC | 411 Carriage Drive    Beckley, WV 25801 |
| cr | Professional Highwall Mining Services, LLC | 330 Harper Park Drive Suite E    Beckley, WV 25801 |
| cr | TN Dept of Revenue | c/o TN Attorney General's Office    Bankruptcy Division    P.O. Box 20207    Nashville, TN 37202−0207 |
| intp | West Virginia Department of Environmental Protection | 601 57th Street SE    Charleston, WV 25304 |
| aty | Raines Feldman Littrell LLP | 824 North Market Street    Suite 805    Wilmington, DE 19801 UNITED STATES |
| tr | Jeoffrey L. Burtch | P.O. Box 549    Wilmington, DE 19899 |
| aty | Alan Michael Root | Chipman Brown Cicero & Cole, LLP    1313 N. Market Street    Suite 5400    Wilmington, DE 19801 |
| aty | Alison Maser | Chipman Brown Cicero & Cole, LLP    1313 North Market Street, Suite 5400    Wilmington, DE 19801 |
| aty | Andrew W. Young | P.O. Box 21    Charlottesville, VA 22902 |
| aty | Benjamin A Luckett | PO Box 507    Lewisburg    , WV 24901 |
| aty | Benjamin W. Keenan | Ashby & Geddes    500 Delaware Avenue    8th Floor, PO Box 1150    Wilmington, DE 19899 |
| aty | Brian J. McLaughlin | Offit Kurman, PA    222 Delaware Avenue, Suite 1105    Wilmington, DE 19801 |
| aty | Bryan J Hall | Chipman Brown Cicero & Cole, LLP    1313 N. Market Street    Suite 400    Wilmington, DE 19801 |
| aty | Chad S. Bowen | Bowen Law Group    P.O. Box 173442    Tampa, FL 33672 |
| aty | Dana S. Plon | Sirlin Lesser & Benson, P.C.    123 South Broad Street    Suite 2100    Philadelphia, PA 19109 |
| aty | Daniel M O'Hare | Bailey & Glasser LLP    209 Capitol Street    Charleston, WV 25301 |
| aty | David A. Felice | Bailey & Glasser, LLP    2961 Centerville Road    Suite 302    Wilmington, DE 19808 |
| aty | David Brian Wheeler | Moore & Van Allen, PLLC    P.O. BOX 22828    Charleston, SC 29413−2828 |
| aty | Donald C. Schultz | CRENSHAW, WARE & MARTIN, P.L.C.    150 W. Main Street, Suite 1923    Norfolk, VA 23510 |
| aty | Drew M. Magee | Faegre Drinker Biddle & Reath LLP    300 N. Meridian Street    Suite 2500    Indianapolis, IN 46204 |
| aty | Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC    919 North Market Street    Suite 420    Wilmington, DE 19801 |
| aty | Eric J. Monzo | Morris James LLP    3205 Avenue North Blvd.    Suite 100    Wilmington, DE 19803 |
| aty | Gary D. Bressler | McElroy, Deutsch, Mulvaney & Carpenter, LLP    300 Delaware Ave.    Suite 1014    Wilmington, DE 19801 |
| aty | Gaston P Loomis, II | McElroy Deutsch Mulvaney & Carpenter LLP    300 Delaware Avenue    Ste 1014    Wilmington, DE 19801 |
| aty | Geoffrey G. Grivner | Buchanan Ingersoll & Rooney PC    500 Delaware Avenue    Suite 720    Wilmington, DE 19801 |
| aty | Harry A. Readshaw | Raines Feldman Littrell LLP    11 Stanwix Street    Suite 1100    Pittsburgh, PA 15222 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Ian J Bambrick | Faegre Drinker Biddle & Reath LLP | 222 Delaware Avenue | Wilmington, DE 19801 | |
| aty | James R Sheatsley | Gorman, Sheatsley & Company, L.C. | 343 Prince Street, Suite B | PO Box 5518 | Beckley, WV 25801–5518 |
| aty | Jason Custer Powell | The Powell Firm | 1201 N. Orange Street, Suite 500 | P.O. Box 289 | Wilmington, DE 19899 |
| aty | Jonathan Gold | Bailey & Glasser LLP | 1055 Thomas Jefferson Street NW | Washington, DC 20007 | |
| aty | Joyce A. Kuhns | Offit Kurman, P.A. | 1954 Greenspring Drive | Suite 605 | Timonium, MD 21093 |
| aty | Karen C. Bifferato | Connolly Gallagher LLP | 1201 North Market Street, 20th Floor | Wilmington, DE 19801 | |
| aty | Kate R. Buck | McCarter & English, LLP | 405 N. King Street, 8th Floor | Wilmington, DE 19801 | |
| aty | Kelly Neal | Buchanan Ingersoll & Rooney PC | Union Trust Building | 501 Grant Street, Suite 200 | Pittsburgh, PA 15219 |
| aty | Kenneth J. Lund | Raines Feldman Littrell LLP | 11 Stanwix Street | Suite 1100 | Pittsburgh, PA 15222 |
| aty | Laura E. Appleby | Faegre Drinker Biddle & Reath LLP | 1177 Avenue of the Americas | 41st Floor | New York, NY 10036 |
| aty | Laura L. McCloud | Tennessee Attorney General's Office | P.O. Box 20207 | Nashville, TN 37202 | |
| aty | Mackenzie R. Pensyl | CRENSHAW, WARE & MARTIN, P.L.C. | 150 W. Main Street, Suite 1923 | Norfolk, VA 23510 | |
| aty | Mariska Suparman | Chipman Brown Cicero & Cole LLP | Hercules Plaza | 1313 N Market St | Ste 5400 Wilmington, DE 19801 |
| aty | Mark Melickian | Sugar Felsenthal Grais & Helsinger LLP | 30 North LaSalle Street | Suite 3100 | Chicago, IL 60602 |
| aty | Mark W. Eckard | Raines Feldman Littrell, LLP | 824 North Market Street, Suite 805 | Wilmington, DE 19801 | |
| aty | Matthew P. Ward | Womble Bond Dickinson (US) LLP | 1313 North Market Street | Suite 1200 | Wilmington, DE 19801 |
| aty | Michael A. Shiner | Tucker Arensberg, P.C. | 1500 One PPG Place | Pittsburgh, PA 15222 | |
| aty | Michael G. Busenkell | Gellert Seitz Busenkell & Brown, LLC | 1201 N. Orange St. | 3rd Floor | Wilmington, DE 19801 |
| aty | Michael J. Roeschenthaler | Raines Feldman Littrell LLP | 11 Stanwix Street | Suite 1100 | Pittsburgh, PA 15222 |
| aty | Patricia Williams Prewitt | Law Office of Patricia Williams Prewitt | 2456 FM 112 | Taylor, TX 76574 | |
| aty | Patrick A. Jackson | Faegre Drinker Biddle & Reath LLP | 222 Delaware Avenue | Wilmington, DE 19801 | |
| aty | Pete Pearl | Spilman Thomas and Battle, PLLC | P.O. Box 90 | Roanoke, VA 24002 | |
| aty | Peter S Russ | Buchanan Ingersoll & Rooney PC | Union Trust Building | 501 Grant Street, Suite 200 | Pittsburgh, PA 15219 |
| aty | Richard W. Riley | Pashman Stein Walder Hayden P.C. | 824 North Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | S. Marc Buchman | Manier & Herod, P.C. | 1201 Demonbreun St. | Ste. 900 | Nashville, TN 37203 US |
| aty | Scott C. Williams | Manier & Herod | 1201 Demonbreun Street | Suite 900 | Nashville, TN 37203 |
| aty | Sean A. Gordon | Thompson Hine LLP | 3560 Lenox Road, Suite 1600 | Atlant, GA 30326–4266 | |
| aty | Steven D. Adler | Bayard, P.A. | 600 North King Street, Suite 400 | 19801 | Wilmington, DE 19801 |
| aty | Thomas Joseph Francella, Jr. | Raines Feldman Littrell LLP | 824 North Market Street | Suite 805 | Wilmington, DE 19801 |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP | Hercules Plaza | 1313 North Market Street | Suite 5400 Wilmington, DE 19801 |
| aty | William F. Taylor, Jr | Whiteford, Taylor & Preston LLC | 600 North King Street | Suite 300 | Wilmington, DE 19801 |
| 19952655 | ADF Diesel Industriel | Attn Legal Department | 5 Cote Saint Paul | Saint–Stanislas, QC G0X 3E0, Canada | |
| 19952673 | AT and T Mobility | 1025 Lenox Park Blvd NE | Atlanta, GA 30319 | | |
| 19952674 | AT and T Mobility | PO Box 6463 | Carol Stream, IL 60197–6463 | | |
| 19952654 | Acculab Inc | 550 Fairway Estates Dr | Chapmanville, WV 25508 | | |
| 19952656 | Aegis Business Credit LLC | 3401 West Cypress Street Ste 201 | Tampa, FL 33607 | | |
| 19952657 | Aegis Business Credit LLC | Bowen Law Group | Attn Chad S Bowen | PO Box 173442 | Tampa, FL 33672 |
| 19952658 | Aegis Business Credit LLC | Gellert Seitz Busenkell and Brown LLC | Attn Michael Busenkell | 1201 N Orange St | Ste 300 Wilmington, DE 19801 |
| 19952659 | Alabama Office of the Attorney General | 501 Washington Ave | Montgomery, AL 36104 | | |
| 19952660 | Alaska Office of the Attorney General | 1031 W 4th Ave Suite 200 | Anchorage, AK 99501 | | |
| 19952661 | Allegheny Blue Ridge Alliance AP Voices | WV Highlands Conservancy | Ashby and Geddes | Attn Gregory A Taylor Benjamin W Keenan | PO Box 1150 500 Delaware Ave Wilmington, DE 19899 |
| 19952662 | Allegheny Blue Ridge Alliance AP Voices | WV Highlands Conservancy | Attn Andrew W Young | PO Box 21 | Charlottesville, VA 22902 |
| 19952663 | American Electric Power | 1 Riverside Plaza | Columbus, OH 43215 | | |
| 19952665 | American Electric Power | Attn Legal Department | PO Box 371496 | Pittsburgh, PA 15250–7496 | |
| 19952664 | American Electric Power | PO Box 24401 | Canton, OH 44701 | | |
| 19952667 | Appalachian Power Company | 1 Riverside Plaza | Columbus, OH 43215 | | |
| 19952668 | Appalachian Power Company | PO Box 24401 | Canton, OH 44701 | | |
| 19952669 | Appalachian Power Company | dba American Electric Power | Law Firm of Russell R Johnson III PLC | Attn Russell R Johnson III John M Craig | 2258 Wheatlands Drive Manakin–Sabot, VA 23103 |
| 19952670 | Appalachian Power Company | dba American Electric Power | Whiteford Taylor and Preston LLC | Attn William F Taylor Jr | 600 N King Street Suite 300 Wilmington, DE 19801 |
| 19952671 | Arizona Office of the Attorney General | 2005 N Central Ave | Phoenix, AZ 85004 | | |

| ID | Name | Address |
|---|---|---|
| 19952672 | Arkansas Office of the Attorney General | 323 Center St Suite 200  Little Rock, AR 72201 |
| 19952675 | Babst Calland Clements and Zomnir PC | Attn Christopher B Power Amy Leska  603 Stanwix Street  Two Gateway Center 9th Floor  Pittsburgh, PA 15222 |
| 19952676 | Bill Miller Equipment Sales | 10200 Parkersburg Rd  Eckhart Mines, MD 21528 |
| 19952677 | Bill Miller Equipment Sales Inc | Attn Legal Department  10200 Parkersburg Rd NW  Eckhart Mines, MD 21528 |
| 19952678 | Bill Miller Equipment Sales Inc | Attn Legal Department  PO Box 112  Eckhart Mines, MD 21528 |
| 19952679 | Bio Diversity AP Voices Greenbrier Riv  Kanawha Frst Sierra WV Hlands Conserv | Appalachian Mountain Advocates  Attn Ben Luckett  PO Box 507  Lewisburg, WV 24901 |
| 19952680 | Bio Diversity AP Voices Greenbrier Riv  Kanawha Frst Sierra WV Hlands Conserv | Ashby and Geddes  Attn Gregory A Taylor Benjamin W Keenan  PO Box 1150 500 Delaware Ave  Wilmington, DE 19899 |
| 19952681 | Bluecross Blueshield of Tennessee | Attn Legal Department  1 Cameron Hill Circle  Chattanooga, TN 37402 |
| 19952682 | Bo Ru LLC | Attn Legal Department  4601 Chesterfield Avenue  Charleston, WV 25304 |
| 19952684 | Boyd A Brumfield DBA D M Construction | Attn Boyd A Brumfield  PO Box 167  Alum Creek, WV 25003 |
| 19952683 | Boyd A Brumfield DBA D M Construction | PO Box 167  Alum Creek, WV 25003 |
| 19952685 | Boyd Company | Whiteford Taylor and Preston LLP  Attn David Gaffey  3190 Fairview Park Drive  Suite 800  Falls Church, VA 22042 |
| 19952686 | Bradford Brothers Asphalt Construction | Josh Bradford  PO Box 428  Glen Daniel, WV 25844 |
| 19952687 | Bradford Brothers Asphalt Construction | Josh Bradford  PO Box 81  Glen Daniel, WV 25844 |
| 19952688 | Brandeis Machinery and Supply Co | Attn Brian Logsdon  1801 Watterson Trail  Louisville, KY 40299 |
| 19952689 | Brandeis Machinery and Supply Company | Attn Legal Department  Department 8013  Carol Stream, IL 60122–8013 |
| 19952690 | Broadridge Financial Solutions | 1155 Long Island Avenue  Edgewood, NY 11717 |
| 19952691 | Broadridge Financial Solutions | PO Box 416423  Boston, MA 02241 |
| 19952692 | CA Office of the Attorney General | 1300 I Street  Sacramento, CA 95814–2919 |
| 19952693 | CA Office of the Attorney General | PO Box 944255  Sacramento, CA 94244–2550 |
| 19952709 | CBIZ Benefits and Insurance Services Inc | 5959 Rockside Woods Blvd N  Suite 600  Cleveland, OH 44131 |
| 19952710 | CBIZ Benefits and Insurance Services Inc | PO Box 632886  Cincinnati, OH 45263 |
| 19952711 | CBIZ Benefits and Insurance Srvcs of TN | 12 Cadillac Drive  Suite 160  Nashville, TN 37027 |
| 19952725 | CSX Transportation | CSXT NA 127785  PO Box 640839  Pittsburgh, PA 15264 |
| 19952726 | CSX Transportation Inc | Attn Legal Department  500 Water Street 15th Floor  Jacksonville, FL 32202 |
| 19952727 | CSX Transportation Inc | McGuireWoods LLP  Attn Joseph Sheerin  800 East Canal Street  Gateway Plaza  Richmond, VA 23219 |
| 19952728 | CT Office of the Attorney General | 165 Capitol Avenue  Hartford, CT 06106 |
| 19952694 | Cantor Fitzgerald Securities | as Collateral Agent  110 East 59th Street  New York, NY 10022 |
| 19952695 | Carter Machinery Co Inc | Attn Legal Department  1330 Lynchburg Tpke  Salem, VA 24153 |
| 19952696 | Carter Machinery Co Inc | Attn Legal Department  PO Box 751053  Charlotte, NC 28275 |
| 19952697 | Carter Machinery Company Inc | 444 Glenmore Drive  Salem, VA 24156 |
| 19952700 | Carter Machinery Company Inc | Crenshaw Ware and Martin PLC  Attn D Schultz M Pensyl  150 W Main Street  Suite 1923  Norfolk, VA 23510 |
| 19952701 | Carter Machinery Company Inc | Crenshaw Ware and Martin PLC  Attn Donald C Schultz Mackenzie R Pensyl  150 W Main Street Ste 1923  Norfolk, VA 23510 |
| 19952698 | Carter Machinery Company Inc | PO Box 3096  Salem, VA 24153 |
| 19952699 | Carter Machinery Company Inc | PO Box 36096  Salem, VA 24153 |
| 19952702 | Carter Machinery Company Inc | Stevens and Lee PC  Attn Gregory T Donilon  919 North Market Street  Suite 1300  Wilmington, DE 19801 |
| 19952703 | Carter Machinery Company Inc | Stevens and Lee PC  Attn Gregory T Donilon  919 North Market Street  Suite 1300  Wilmington, DE 19801 |
| 19952704 | Caterpillar Financial Commercial Account | Buchanan Ingersoll and Rooney PC  Attn Peter S Russ  501 Grant Street Suite 200  Pittsburgh, PA 15219 |
| 19952706 | Caterpillar Financial Services Corp | Attn Erin OQuinn  2120 West End Ave  Nashville, TN 37203 |
| 19952707 | Caterpillar Financial Services Corp | Buchanan Ingersoll and Rooney  Attn Peter S Russ  501 Grant Street Suite 200  Pittsburgh, PA 15219 |
| 19952708 | Caterpillar Financial Services Corp | Buchanan Ingersoll and Rooney PC  Attn Geoffrey G Grivner  500 Delaware Avenue Ste 720  Wilmington, DE 19801 |
| 19952712 | Certain DIP Term Loan Participants | Katten Muchin Rosenman LLP  Attn Peter P Knight  525 West Monroe Street  Chicago, IL 60661 |
| 19952713 | Chipley Chiropractic PLLC | 409 N Kanawha Street  Beckley, WV 25801 |
| 19952714 | City National Bank | 525 South Flower Street  Los Angeles, CA 90071 |
| 19952715 | Colorado Office of the Attorney General | 1300 Broadway 10th Floor  Ralph L Carr Judicial Building  Denver, CO 80203 |
| 19952716 | Committee of Unsecured Creditors | Raines Feldman Littrell LLP  Attn M Roeschenthaler K Lund H Readshaw  11 Stanwix Street Suite 1100  Pittsburgh, PA 15222 |
| 19952717 | Committee of Unsecured Creditors | Raines Feldman Littrell LLP  Attn Mark S Melickian  30 N LaSalle St Ste 3100  Chicago, IL 60602 |
| 19952718 | Committee of Unsecured Creditors | Raines Feldman Littrell LLP  Attn Thomas J Francella Mark W Eckard  824 N Market Street Suite 805  Wilmington, DE 19801 |
| 19952719 | Commonwealth Coal Marketing Inc | Akerman LLP  Attn Rob Scott  215 S State Street  Suite 525  Salt Lake City, UT 84111 |

| ID | Name | Address |
|---|---|---|
| 19952720 | Commonwealth Coal Marketing Inc | Attn Legal Department    5413 Patterson Ave Ste 102    Richmond, VA 23226 |
| 19952721 | Commonwealth Coal Marketing Inc | Attn Robert Scott    6800 Paragon Place    Ste 440    Richmond, VA 23230 |
| 19952722 | Corporation Service Co As Representative | PO Box 2576    Springfield, IL 62708 |
| 19952723 | Crum and Forster | 305 Madison Ave    Morristown, NJ 07960 |
| 19952724 | Crum and Forster | PO Box 1973    Morristown, NJ 07962 |
| 19952729 | DC Office of the Attorney General | 441 4th St NW Suite 1100    Washington, DC 20001 |
| 19952733 | DIP and Prepetition Term Loan Agent | Faegre Drinker Biddle and Reath LLP    Attn Laura E Appleby    1177 Avenue of the Americas    41st Floor    New York, NY 10036 |
| 19952734 | DIP and the Prepetition Revolving Lender | Bowen Law Group    Attn Chad S Bowen    PO Box 173442    Tampa, FL 33672 |
| 19952735 | DIP and the Prepetition Revolving Lender | Gellert Seitz Busenkell and Brown LLC    Attn Mike Busenkell    10 Stevens Ct    Lafayette Hl, PA 19444–1748 |
| 19952736 | DIP and the Prepetition Revolving Lender | Gellert Seitz Busenkell and Brown LLC    Attn Mike Busenkell    1201 N Orange Street Suite 300    Wilmington, DE 19801 |
| 19824359 | David A. Felice | BAILEY & GLASSER, LLP    2961 Centerville Road, Suite 302    Wilmington, DE 19808 |
| 19952730 | Delaware Department of Justice | 820 N French St    Carvel State Office Building    Wilmington, DE 19801 |
| 19961204 | Department of Labor | Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 |
| 19952731 | Des Nedhe Resources LLC | Robert Cline    1711 Monterey Drive    Summersville, WV 26651 |
| 19952732 | Des Nedhe Resources LLC | the Corporation Trust Company    1209 Orange Street    Wilmington, DE 19801 |
| 19952737 | Direct Communications Inc | PO Box 435    Summersville, WV 26651 |
| 19952738 | Dominion Energy South Carolina Inc | Moore and Van Allen PLLC    Attn David B Wheeler    78 Wentworth Street    Charleston, SC 29401 |
| 19952739 | Dominion Energy South Carolina Inc | Moore and Van Allen PLLC    Attn David B Wheeler    PO Box 22828    Charleston, SC 29413–2828 |
| 19952740 | Eagle Horizon Res Specialty Minerals | Offit Kurman PA    Attn Brian J McLaughlin    222 Delaware Avenue Suite 1105    Wilmington, DE 19801 |
| 19952741 | Eagle Horizon Res Specialty Minerals | Offit Kurman PA    Attn Joyce A Kuhns    1954 Greenspring Drive    Suite 605    Timonium, MD 21093 |
| 19952742 | Edge Engineering Science | 16285 Park Ten Pl    Ste 300    Houston, TX 77084–5092 |
| 19913647 | Elihu E. Allinson, III, Esq. | SULLIVAN HAZELTINE ALLINSON LLC    919 North Market Street, Suite 420    Wilmington, DE 19801 |
| 19952743 | Esquared Technology Services | Attn Ernest D Edwards Jr    204 Millstone Drive    Beckley, WV 25801 |
| 19952755 | FLSmidth Inc | 5505 West Gillette Rd    Tucson, AZ 85743 |
| 19952756 | FLSmidth Inc | Attn Rachel Cresta    1110 American Parkway    Allentown, PA 18109 |
| 19952757 | FLSmidth Inc | Dept 3252    PO Box 123252    Dallas, TX 75312–3252 |
| 19952744 | First Corporate Solutions as Rep | 914 S Street    Sacramento, CA 95811 |
| 19952745 | First Insurance Funding | 450 Skokie Blvd Ste 1000    Northbrook, IL 60062 |
| 19952746 | First Insurance Funding | PO Box 7000    Carol Stream, IL 60197–7000 |
| 19952747 | First Insurance Funding Corp | PO Box 3306    Northbrook, IL 60062 |
| 19952748 | First National Capital LLC | Attn Mark P Dardis Sr VP Portfolio Mgmt    38 Discovery    Suite 150    Irvine, CA 92618 |
| 19952749 | First National Capital LLC | Palmer Lehman Sandberg PLLC    Attn Larry Chek Attorney    8350 N Central Expy    Suite 1111    Dallas, TX 75206 |
| 19952750 | First Surety Corporation | Attn Legal Department    179 Summers Street Ste 307    Charleston, WV 25301 |
| 19952751 | First Surety Corporation | Attn Robert Kenney    179 Summers Street Suite 307    Charleston, WV 25301 |
| 19952752 | First Surety Corporation | Manier and Herod PC    Attn Scott C Williams    1201 Demonbreun Street    Suite 900    Nashville, TN 37203 |
| 19952753 | First Surety Corporation | McElroy Deutsch Mulvaney and Carpenter    Attn Gary D Bressler Gaston Loomis    300 Delaware Avenue Suite 1014    Wilmington, DE 19801 |
| 19952754 | Florida Office of the Attorney General | The Capitol Pl 01    Tallahassee, FL 32399 |
| 19952758 | Frontier West Virginia | 1401 S Woodland Blvd Suite B    Deland, FL 32723 |
| 19952759 | Gainwell Engineering Inc | Attn Ryan Jarvis    198 Baughn Road    PO Box 57    Hico, WV 25854 |
| 19684483 | Gary D. Bressler, Esq. | McELROY, DEUTSCH, MULVANEY & CARPENTER,    300 Delaware Avenue, Suite 1014    Wilmington, DE 19801 |
| 19684484 | Gaston Loomis, Esq. | McELROY, DEUTSCH, MULVANEY & CARPENTER,    300 Delaware Avenue, Suite 1014    Wilmington, DE 19801 |
| 19709757 | Geoffrey G. Grivner, Esquire | BUCHANAN INGERSOLL & ROONEY PC    500 Delaware Avenue, Ste. 720    Wilmington, DE 19801 |
| 19952760 | Georgia Office of the Attorney General | 40 Capitol Sq SW    Atlanta, GA 30334 |
| 19952761 | Greenbrier Valley Solid Waste | PO Box 82    Williamsburg, WV 24994 |
| 19952762 | Hawaii Office of the Attorney General | 425 Queen St    Honolulu, HI 96813 |
| 19952763 | Highland Mineral Resources LLC | Five Concourse Parkway Ste 1650    Atlanta, GA 30328 |
| 19952764 | Houchens Insurance Group | 1240 Fairway Street    Bowling Green, KY 42103 |
| 19952765 | Houchens Insurance Group | PO Box 1779    Bowling Green, KY 42102–1779 |
| 19952766 | Houston Specialty Insurance Company | 800 Gessner Suite 600    Houston, TX 77024 |
| 19952767 | Hughes Network Systems | 11717 Exploration Lane    Germantown, MD 20876 |
| 19952768 | Hughes Network Systems | PO Box 96874    Chicago, IL 60693–6874 |
| 19952769 | Hunhar Excavating LLC | Attn Brett Kenneth Harvey    PO Box 385    Talcott, WV 24981 |

| | | | | |
|---|---|---|---|---|
| 19952770 | Hunhar Excavating LLC | Attn Legal Department | 630 Duck Pond Lane | Wayside, WV 24985 |
| 19952771 | Idaho Office of the Attorney General | 700 W Jefferson St Suite 210 | Boise, ID 83720 | |
| 19952772 | Illinois Office of the Attorney General | 100 W Randolph St | James R Thompson Center | Chicago, IL 60601 |
| 19952773 | Imperium Insurance Company | 120 West 45th Street 36th Floor | New York, NY 10036 | |
| 19952774 | Indiana Office of the Attorney General | 302 W Washington St 5th Floor | Indiana Government Center South | Indianapolis, IN 46204 |
| 19952775 | Industrias DOY Manuel Morate SL | Cok Doy Barrio Quintana SN | Trubian, 33100, Spain | |
| 19952777 | Internal Revenue Service | Attn Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 19952776 | Internal Revenue Service | Department of the Treasury | Cincinnati, OH 45999–0009 | |
| 19952778 | Invenergy LLC Beech Ridge Energy LLC | Thomas Combs and Spann PLLC | Attn M David Griffith Jr | 300 Summers Street Suite 1380 Charleston, WV 25301 |
| 19952779 | Iowa Office of the Attorney General | 1305 E Walnut St Room 109 | Hoover State Office Building | Des Moines, IA 50319 |
| 19952780 | JG LLC | PO Box 4490 | Bridgeport, WV 26330 | |
| 19811196 | James R. Sheatsley (WVBN 3359) | Gorman, Sheatsley & Company, LC | PO Box 5518 | Beckley, WV 25801 |
| 19952781 | Jiffy Js Inc | PO Box 20392 | Charleston, WV 25362 | |
| 19952782 | Kanawha Scales and Systems LLC | 111 Jacobson Dr | PO Box 569 | Poca, WV 25159 |
| 19952783 | Kansas Office of the Attorney General | 120 SW 10th Ave 2nd Floor | Topeka, KS 66612 | |
| 19952784 | Kelly Generator and Equip of PA and WV | Diane Wooten | 1955 Dale Lane | Owings, MD 20736 |
| 19952785 | Kentucky Office of the Attorney General | 700 Capitol Ave Suite 118 | Capitol Building | Frankfort, KY 40601 |
| 19952786 | Kinder Morgan Operating LLC C | Law Office of Patricia Williams Prewitt | Attn Patricia Williams Prewitt | 2456 FM 112 Taylor, TX 76574 |
| 19952787 | Komatsu Financial Limited Partnership | 1701 W Golf Rd Ste 1 300 | Rolling Meadows, IL 60008 | |
| 19952788 | Komatsu Financial Limited Partnership | 8770 W Bryn Mawr Ave Ste 100 | Chicago, IL 60631 | |
| 19952789 | Lexon Insurance Company | 12890 Lebanon Road | Mt Juliet, TN 37122 | |
| 19952790 | Lexon Insurance Company | Harris Beach Murtha Cullina PLLC | Attn Brian D Roy | 333 West Washington Street Suite 200 Syracuse, NY 13202 |
| 19952791 | Lexon Insurance Group | The Powell Law Firm LLC | Attn Jason C Powell | 1813 N Franklin Street PO Box 289 Wilmington, DE 19899 |
| 19952792 | Lindsay M Stollings | Robinson and McElwee PLLC | | |
| 19952793 | Lloyd Hoff Holding Corporation | 166 Jack Burlingame Dr | Millwood, WV 25262 | |
| 19952794 | Lloyds of London | One Lime Street | London, EC3M 7HA, United Kingdom | |
| 19952795 | Louisiana Office of the Attorney General | 1885 N Third St | Baton Rouge, LA 70802 | |
| 19952796 | Lusk Disposal Service Inc | PO Box 300 | Bluefield, WV 24701 | |
| 19952797 | M Resources Trading SA | Attn Legal Department | 111 Eagle St Level 33 | Brisbane, 4000, Australia |
| 19952798 | M Resources Trading SA | Attn Legal Department | Riva Pardiso 2 | Palazzo Mantegazza Paradiso, 6900, Switzerland |
| 19952799 | M Resources Trading SA | Tucker Arensberg PC | Attn Joanna D Studeny | 1500 One PPG Place Pittsburgh, PA 15222 |
| 19952800 | M Resources Trading SA | Tucker Arensberg PC | Attn Michael A Shiner | 1500 One PPG Place Pittsburgh, PA 15222 |
| 19952801 | MA Office of the Attorney General | 1 Ashburton Pl 20th Floor | Boston, MA 02108 | |
| 19952805 | MAP Ground Lease Owner LLC | Sirlin Lesser and Benson PC | Attn Dana S Plon | 123 South Broad St Suite 2100 Philadelphia, PA 19109 |
| 19714315 | MAP Ground Lease Owner LLC | c/o Dana S. Plon, Esquire | Sirlin Lesser & Benson, P.C. | 123 South Broad Street, Suite 2100 Philadelphia, PA 19109 |
| 19952807 | MGC Incorporated | Attn Legal Department | PO Box 115 | Bolt, WV 25817 |
| 19952818 | MS Office of the Attorney General | 550 High St Suite 1200 | Walter Sillers Building | Jackson, MS 39201 |
| 19952802 | Maine Office of the Attorney General | 6 State House Station | Augusta, ME 04333 | |
| 19952803 | Mallard Environmental Services | Attn Legal Department | 2654 Ritter Drive | Shady Spring, WV 25918 |
| 19952804 | Mallard Environmental Services Inc | Attn Ronald D Lilly | PO Box 1298 | Shady Spring, WV 25918 |
| 19952806 | Maryland Office of the Attorney General | 200 St Paul Pl | Baltimore, MD 21202 | |
| 19630017 | Michael A. Shiner | TUCKER ARENSBERG, P.C. | 1500 One PPG Place | Pittsburgh, PA 15222 |
| 19952808 | Michael D Mueller | Williams Mullen | 200 South 10th Street Suite 1600 | Williams Mullen Center Richmond, VA 23219 |
| 19952809 | Michigan Office of the Attorney General | 525 W Ottawa St 7th Floor | G Mennen Williams Building | Lansing, MI 48933 |
| 19952810 | Minnesota Office of the Attorney General | 445 Minnesota St Suite 1400 | St. Paul, MN 55101 | |
| 19952811 | Mintek Resources Inc | Attn Legal Department | 3725 Pentagon Blvd Ste 100 | Dayton, OH 45431 |
| 19952812 | Missouri Office of the Attorney General | 207 W High St | Supreme Court Building | Jefferson City, MO 65101 |
| 19952813 | Montana Office of the Attorney General | 215 N Sanders 3rd Floor | Justice Building | Helena, MT 59601 |
| 19952814 | Mountain State Company | Attn Ruth Canterbury | 4382 Coal River Road | Alum Creek, WV 25003 |
| 19952815 | Mountaineer Investigation and Sec Inc | Attn Legal Department | 5640 Athens Road | Princeton, WV 24712 |

| ID | Name | Address 1 | Address 2 | Address 3 | Address 4 |
|---|---|---|---|---|---|
| 19952816 | Mountaineer Investigation and Sec Inc | Attn Legal Department | PO Box 891 | Athens, WV 24712 | |
| 19952817 | Mountaineer Investigation and Security | Attn Legal Department | PO Box 891 | Athens, WV 24712 | |
| 19952820 | NC Office of the Attorney General | 114 W Edenton St | Raleigh, NC 27603 | | |
| 19952821 | ND Office of the Attorney General | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck, ND 58505 | |
| 19952825 | NH Office of the Attorney General | NH Department of Justice | 33 Capitol St | Concord, NH 03301 | |
| 19952826 | NJ Office of the Attorney General | 25 Market St 8th Floor West Wing | Richard J Hughes Justice Complex | Trenton, NJ 08611 | |
| 19952827 | NM Office of the Attorney General | 408 Galisteo St | Villagra Building | Santa Fe, NM 87501 | |
| 19952819 | Natural Resources Partners LP and WPP | Connolly Gallagher LLP | Attn Karen C Bifferato | 1201 North Market Street 20th Floor | Wilmington, DE 19801 |
| 19952822 | Nebraska Office of the Attorney General | 2115 State Capitol | Lincoln, NE 68509 | | |
| 19952823 | Nevada Office of the Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City, NV 89701 | |
| 19952824 | New York Office of the Attorney General | The Capitol | Albany, NY 12224 | | |
| 19952832 | OQuinn Communications Inc | DBA Direct Communications Inc | PO Box 435 | Summersville, WV 26651 | |
| 19952828 | Ohio Office of the Attorney General | 30 E Broad St 14th Floor | State Office Tower | Columbus, OH 43215 | |
| 19952829 | Oklahoma Office of the Attorney General | 313 NE 21st St | Oklahoma City, OK 73105 | | |
| 19952830 | Optimum Business | 1 Court Square West | Long Island City, NY 11101 | | |
| 19952831 | Optimum Business | PO Box 70340 | Philadelphia, PA 19176–0340 | | |
| 19952833 | Oregon Office of the Attorney General | 1162 Court St NE | Salem, OR 97301 | | |
| 19952834 | PA Office of the Attorney General | Strawberry Square 16th Floor | Harrisburg, PA 17120 | | |
| 19952835 | Penn Virginia Operating Co LLC | 13905 Maccorkle Ave | Charleston, WV 23515 | | |
| 19952836 | Penn Virginia Operating Co LLC | Attn Legal Department | PO Box 102992 | Atlanta, GA 30368–2992 | |
| 19952837 | Penn Virginia Operation Co LLC | Spilman Thomas and Battle PLLC | Attn Peter M Pearl | 310 First Street Suite 1100 | Roanoke, VA 24011 |
| 19952838 | Penn Virginia Operation Co LLC | Spilman Thomas and Battle PLLC | Attn Peter M Pearl | PO Box 90 | Roanoke, VA 24002 |
| 19952839 | Powerscreen Mid Atlantic Inc | Attn Jonathan D Keeler | 1912 Eastchester Drive | Suite 400 | High Point, NC 27265 |
| 19952840 | Professional Highwall Mining | Attn Legal Department | 330 Harper Park Drive Ste E | Beckley, WV 25801 | |
| 19952841 | Professional Highwall Mining Services | Gorman Sheatsley and Company LC | Attn James R Sheatsley | 343 Prince St Ste B | Beckley, WV 25801 |
| 19952842 | Professional Highwall Mining Services | Gorman Sheatsley and Company LC | Attn James R Sheatsley | PO Box 5518 | Beckley, WV 25801 |
| 19952843 | Professional Park Properties LLC | Attn K Heath Bailey | PO Box 615 | Beckley, WV 25801 | |
| 19952844 | Professional Park Properties LLC | Gorman Sheatsley and Company LC | Attn James R Sheatsley | 343 Prince Street Ste B | Beckley, WV 25801 |
| 19952845 | Professional Park Properties LLC | Gorman Sheatsley and Company LC | Attn James R Sheatsley | PO Box 5518 | Beckley, WV 25801 |
| 19952846 | RI Office of the Attorney General | 150 S Main St | Providence, RI 02903 | | |
| 19952850 | RSUI Indemnity Company | 945 East Paces Ferry Road NE | Suite 1800 | Atlanta, GA 30326 | |
| 19952851 | RT Rogers Inc | Attn Legal Department | 300 Grace Street | Hinton, WV 25951 | |
| 19952852 | RT Rogers Oil Company Inc | Attn Greg Rogers | PO Box 160 | Hinton, WV 25951 | |
| 19952853 | RT Rogers Oil Company Inc | Gorman Sheatsley and Company LC | Attn James R Sheatsley | 343 Prince St Ste B | Beckley, WV 25801 |
| 19952854 | RT Rogers Oil Company Inc | Gorman Sheatsley and Company LC | Attn James R Sheatsley | PO Box 5518 | Beckley, WV 25801 |
| 19952847 | Rish Equipment Company | 5957 Windswept Blvd | Wise, VA 24293 | | |
| 19952848 | Riverside Shipping LLC | PO Box 865 | Portsmouth, VA 23705 | | |
| 19952849 | Rockwood Casualty Insurance Company | 654 Main Street | Rockwood, PA 15557 | | |
| 19952855 | Rudd Equipment Company | Attn Legal Department | PO Box 77000 | Detroit, MI 48277 | |
| 19952856 | Rudd Equipment Company Inc | Attn Corey Neimeier | 4344 Poplar Level Road | Louisville, KY 40213 | |
| 19952857 | Rudd Equipment Company Inc | McBrayer PLLC | Attn Douglas T Logsdon | 201 E Main Street Suite 900 | Lexington, KY 40507 |
| 19952858 | S and S Firestone Inc | Attn Legal Department | 6607 Maccorkle Ave SE | Charleston, WV 25304 | |
| 19952859 | S and S Firestone Inc dba S and S Tire | Attn Brooks Swentzel | 1475 Jingle Bell Lane | Lexington, KY 40509 | |
| 19952860 | S and S Firestone Inc dba S and S Tire | McBrayer PLLC | Attn Douglas T Logsdon | 201 E Main Street Suite 900 | Lexington, KY 40507 |
| 19952862 | SC Office of the Attorney General | 1000 Assembly St Room 519 | Rembert C Dennis Bldg | Columbia, SC 29201 | |
| 19952864 | SD Office of the Attorney General | 1302 E Hwy 14 Suite 1 | Pierre, SD 57501 | | |
| 19952871 | SNF Mining Inc | Attn Amy Horvath | 1 Chemical Plant Road | Riceboro, GA 31323 | |
| 19952872 | SNF Mining Inc | Attn Amy Walters | PO Box 405655 | Atlanta, GA 30384 | |
| 19952873 | SNF Mining Inc | Attn Legal Department | PO Box 250 | Riceboro, GA 31323 | |
| 19952884 | SSAB | Thompson Hine LLP | Attn Sean A Gordon | Two Alliance Center 3560 Lenox Rd Ste 1600 | Atlanta, GA 30326–4266 |

| ID | Name | Address |
|---|---|---|
| 19952885 | SSAB EMEA AB | Attn Timo Kallio, Rautaruukintie 155, PO Box 93, Raahe, Fl–92101, Finland |
| 19952886 | SSAB EMEA AB | Thompson Hine LLP, Attn Alexander J Andrews, 300 Madison Ave, 27th Fl, New York, NY 10017 |
| 19952887 | SSAB EMEA AB and SSAB Europe Oy | Sullivan Hazeltine Allinson LLC, Attn Elihu E Allinson III Esq, 919 N Market St Ste 420, Wilmington, DE 19801 |
| 19952888 | SSAB EMEA AB and SSAB Europe Oy | Thompson Hine LLP, Attn Sean A Gordon Esq, 3560 Lenox Rd Ste 1600, Atlanta, GA 30326–4266 |
| 19952889 | SSAB Europe OY | Attn Legal Department, Harvialantie 420, Hameenlinna, 13300, Finland |
| 19952890 | SSAB Europe OY | Attn Legal Department, Klarabergsviadukten 70 D6 Box 70, Stockholm, 101 21, Sweden |
| 19952861 | Sauls Seismic LLC | Attn Karl Franklin, PO Box 100454, Irondale, AL 35210 |
| 19952863 | Scott C Miller | Williams Mullen, 222 Central Park Ave, Ste 1700, Virginia Bch, VA 23462–3035 |
| 19913648 | Sean A. Gordon, Esq. | Thompson Hine LLP, 3560 Lenox Road, Suite 1600, Atlanta, GA 30326–4266 |
| 19952865 | Securities and Exchange Commission | 100 F Street NE, Washington, DC 20549 |
| 19952866 | Securities and Exchange Commission | Attn Regional Director, New York Regional Office, 200 Vesey Street Suite 400, Brookfield Place, New York, NY 10281–1022 |
| 19952867 | Sheriff of Boone County | 200 State St, Ste 102, Madison, WV 25130 |
| 19952868 | Sheriff of Greenbrier County | 200 N Court St, Lewisburg, WV 24901 |
| 19952869 | Sheriff of Greenbrier County | PO Box 347, Lewisburg, WV 24901 |
| 19952870 | Siebtechnik Tama Inc | 7806 Redsky Drive, Cincinnati, OH 45249 |
| 19952874 | Southern Tire Mart LLC | 800 Hwy 98, Columbia, MS 39429 |
| 19952875 | Spectrum Credit Op Offshore Intmd II | 1250 Broadway 19th Floor, New York, NY 10001 |
| 19952876 | Spectrum Credit Opportunities Fund II LP | 1250 Broadway 19th Floor, New York, NY 10001 |
| 19952877 | Spectrum Group Management | 1250 Broadway 19th Floor, New York, NY 10001 |
| 19952878 | Spectrum Origination Credit Op Fund II | Faegre Drinker Biddle and Reath LLP, Attn Drew M Magee, 300 N Meridian Street, Suite 2500, Indianapolis, IN 46204 |
| 19952879 | Spectrum Origination Credit Op Fund II | Faegre Drinker Biddle and Reath LLP, Attn Laura E Appleby, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036 |
| 19952880 | Spectrum Origination Credit Op Fund II | Faegre Drinker Biddle and Reath LLP, Attn Patrick A Jackson Ian J Bambrick, 222 Delaware Ave Ste 1410, Wilmington, DE 19801 |
| 19952881 | Spectrum Origination LLC | 1253 Springfield Ave Ste 201, New Providence, NJ 07974 |
| 19952882 | Spectrum Origination LLC | Faegre Drinker Biddle and Reath LLP, Attn Laura E Appleby, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036 |
| 19952883 | Spilman Thomas and Battle PLLC | Attn Sally E Edison, 301 Grant St, Ste 3440, Pittsburgh, PA 15219 |
| 19952892 | Staples Inc | Attn Tom Riggleman, PO Box 102419, Columbia, SC 29224 |
| 19952891 | Staples Inc | PO Box 105748, Atlanta, GA 30348 |
| 19952893 | Staples Inc | Staples Business Advantage, Attn Thomas D Riggleman, 7 Technology Circle, Columbia, SC 29203 |
| 19952894 | Starr Specialty Insurance Company | 399 Park Avenue 2nd Floor, New York, NY 10022 |
| 19952895 | Starstone Insurance | PO Box 5755, Cincinnati, OH 45201 |
| 19952896 | State of Delaware | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| 19952897 | State of Delaware | Department of Justice, 820 N French Street, Carvel State Office Building, Wilmington, DE 19801 |
| 19961203 | State of Delaware | Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801–0820 |
| 19952898 | State of West Virginia | 1001 Lee Street East, The Revenue Center, Charleston, WV 25301 |
| 19952899 | State of West Virginia | Attn Legal Department, PO Box 229, Charleston, WV 25321 |
| 19952900 | Steves Radiator Shop | 2819 Grassy Branch Road, Bluefield, WV 24701 |
| 19952901 | Sunbelt Rentals | 1717 Bigley Ave, Charleston, WV 25302 |
| 19952902 | Sunbelt Rentals | 2341 Deerfield Drive, Fort Mill, SC 29715 |
| 19952903 | Sunbelt Rentals | PO Box 409211, Atlanta, GA 30384 |
| 19952904 | Sundial Mining LLC | Attn Legal Department, PO Box 910667, Lexington, KY 40591 |
| 19952905 | Surface Mining Reclamation Enforcement | PO Box 979068, St. Louis, MO 63197–9000 |
| 19952906 | Surface Mining Reclamation Enforcement | US Department of the Interior, 1849 C Street NW, Washington, DC 20240 |
| 19952912 | TN Dept of Revenue | TN Attorney Generals Ofc Bankruptcy Div, PO Box 20207, Nashville, TN 37202–0207 |
| 19814561 | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202–0207 |
| 19814620 | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202–0207 |
| 19952907 | Tennessee Department of Revenue | Attorney General, PO Box 20207, Nashville, TN 37202–0207 |
| 19952908 | Tennessee Office of the Attorney General | 301 6th Ave N, Nashville, TN 37243 |
| 19952909 | Texas Office of the Attorney General | 300 W 15th St, Austin, TX 78701 |
| 19952911 | Thermo Tech Inc | Attn Valerie Dixon, 215 Headsville Road, Keyser, WV 26726 |
| 19952913 | Truist Bank | 214 N Tryon Street, Charlotte, NC 28202 |
| 19952917 | US Attorney for District of DE | 1313 N Market Street, Wilmington, DE 19801 |
| 19952918 | US Bearing and Power Transmission Corp | Attn Robyn Estel, PO Box 1216, Scott Depot, WV 25560 |
| 19952919 | US Cellular | Dept 0205, Palatine, IL 60055–0205 |
| 19952920 | US Trustee for District of DE | Attn Benjamin Hackman, 844 King St Suite 2207, Lockbox 35, Wilmington, DE 19801 |

| | | | | | |
|---|---|---|---|---|---|
| 19952914 | Uline | Attn Kari Williams | 12575 Uline Dr | Pleasant Prairie, WI 53158 | |
| 19952916 | United Rentals North America Inc | Attn Mike Dowden | 10330 David Taylor Dr | Charlotte, NC 28262 | |
| 19952921 | Utah Office of the Attorney General | 350 N State St Suite 230 | Utah State Capitol Complex | Salt Lake City, UT 84114 | |
| 19952922 | Utica Leaseco LLC | Attn Legal Department | 905 South Boulevard East | Rochester, MI 48307 | |
| 19952923 | Utica Leaseco LLC | Attn Renate LaCroix | 2991 S Livernois | Suite 207 | Rochester Hills, MI 48307 |
| 19952924 | Utica Leaseco LLC | Dickinson Wright PLLC | Attn Carolyn J Johnson | 1850 North Central Ave    Suite 1400    Phoenix, AZ 85004 | |
| 19952925 | Utica Leaseco LLC | Womble Bond Dickinson LLP | Attn Matthew P Ward | 1313 North Market Street    Suite 1200    Wilmington, DE 19801 | |
| 19952926 | Verizon | One Verizon Way | Basking Ridge, NJ 07920 | | |
| 19952927 | Verizon | PO Box 33078 | St. Petersburg, FL 33733 | | |
| 19952928 | Vermont Office of the Attorney General | 109 State St | Montpelier, VT 05609 | | |
| 19952929 | Virginia Drilling Company LLC | Attn Legal Department | 1793 Dry Fork Road | PO Box 1198    Vansant, VA 24656 | |
| 19952930 | Virginia Office of the Attorney General | 202 N Ninth St | Richmond, VA 23219 | | |
| 19952931 | Vonage Business | 101 Crawfords Corner Road | Suite 2416 | Holmdel, NJ 07733 | |
| 19952932 | Vonage Business | PO Box 23887 | New York, NY 10087–3887 | | |
| 19952933 | WA Office of the Attorney General | 1125 Washington St SE | Olympia, WA 98501 | | |
| 19952936 | WDEP Attn WV Special Reclamation Fund | 601 57th Street | Charleston, WV 25304 | | |
| 19952953 | WPP LLC | NRP Operating | L 2495 | Columbus, OH 43260 | |
| 19952954 | WPP LLC Natural Resource Partners LP | Williams Mullen | Attn Jennifer M McLemore | 200 South 10th Street Suite 1600    Richmond, VA 23219 | |
| 19952955 | WV Dept of Environmental Protection | Attn Daniel OHare | 209 Capitol Street | Charleston, WV 25301 | |
| 19952956 | WV Dept of Environmental Protection | Attn Legal Department | 601 57th St SE | Charleston, WV 25304–2345 | |
| 19952957 | WV Dept of Environmental Protection | Bailey and Glasser LLP | Attn David A Felice | 2961 Centerville Road Suite 302    Wilmington, DE 19808 | |
| 19952958 | WV Dept of Environmental Protection | Bailey and Glasser LLP | Attn Jonathan Gold | 1055 Thomas Jefferson Street NW    Suite 540    Washington, DC 20007 | |
| 19952959 | WV Ofc Miners Health Safety and Training | Attn G Frank Foster | 7 Players Club Dr | Suite 2    Charleston, WV 25311 | |
| 19952960 | WV Ofc Miners Health Safety and Training | Attn Jason A Adkins | 7 Players Club Dr | Suite 2    Charleston, WV 25311 | |
| 19952961 | WV Office of the Attorney General | State Capitol | 1900 Kanawha Blvd E Bldg 1 | Room E 26    Charleston, WV 25305 | |
| 19952934 | Waste Management of West Virginia Inc | 300 Carolina Ave | Chester, WV 26034–1128 | | |
| 19952935 | Waste Management of West Virginia Inc | PO Box 13648 | Philadelphia, PA 19101–3648 | | |
| 19952937 | Weber and Olcese PLC | 2700 Stanley Gault Parkway Ste 130 | Louisville, KY 40223 | | |
| 19952938 | Webster Trucking Inc | Attn Chrissy Board | 11 Hanna Farm Road | Summersville, WV 26651 | |
| 19952939 | Webster Trucking Inc | Attn Legal Department | PO Box 811 | Summersville, WV 26651 | |
| 19952940 | West Virginia American Water | 1600 Pennsylvania Ave | Charleston, WV 25302 | | |
| 19952941 | West Virginia American Water | PO Box 371880 | Pittsburg, PA 15250–7880 | | |
| 19952942 | West Virginia State Tax Department | 1001 Lee Street East | The Revenue Center | Charleston, WV 25301 | |
| 19952944 | West Virginia State Tax Department | Bankruptcy Unit | Attn Eric M Wilson Lora L Rutledge | PO Box 766    Charleston, WV 25323–0766 | |
| 19952943 | West Virginia State Tax Department | PO Box 2745 | Charleston, WV 25330–2745 | | |
| 19952945 | Weyerhaeuser Company | 14410 Seneca Trail North | Lewisburg, WV 24901 | | |
| 19952946 | Wheeling Power Company | Attn Jason Reid | 1 Riverside Plaza 13th Floor | Columbus, OH 43215 | |
| 19952947 | White Armature Works Inc | Attn Legal Department | PO Box 330 | Mallory, WV 25634 | |
| 19952948 | White Armature Works Inc | Attn Linda Bowen | PO Box 330 | Mallory, WV 25634 | |
| 19952949 | William Forestry and Associates LLC | PO Box 1543 | Calhoun, GA 30703 | | |
| 19952950 | Williams Forestry and Associates | Attn Christian Storer | PO Box 1543 | Calhoun, GA 30703 | |
| 19952951 | Williams Forestry and Associates LLC | Knox McLaughlin Gornall and Sennett PC | Attn Guy C Fustine | 120 West Tenth Street    Erie, PA 16501 | |
| 19952952 | Wisconsin Office of the Attorney General | 114 E State Capitol | Madison, WI 53702 | | |
| 19952962 | Wyoming Office of the Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne, WY 82002 | |
| 19952963 | XCal Tools Beckley LLC | PO Box 935064 | Atlanta, GA 31193–5064 | | |

TOTAL: 387