IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>White Forest Resources, Inc., *et al*.<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-10195 (TMH)<br><br>(Jointly Administered) |

### NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

To the Creditors and Other Parties in Interest:

Jeoffrey L. Burtch, the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors"), hereby gives notice (this "Notice"), pursuant to 11 U.S.C. §§ 554 and 105(a) and Federal Rules of Bankruptcy Procedure 6007 and 2002, that he intends to abandon from the Estates the following property, which he has determined to be fully encumbered,[2] burdensome, and of no value to the Estates:

**All remaining personal property of the Debtors that serves as collateral for the lenders under the DIP Facility, with the exception of all claims and causes of action of any kind or nature against third parties or insiders (the "Property").**[3]

If no objections to the Trustee's Notice of Intent to Abandon Property are filed with the United States Bankruptcy Court for the District of Delaware (the "Court") and served on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746).  The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

[2] Nothing in this Notice shall constitute an admission regarding the claims, including the amounts, validity, and/or classification thereof, of any creditors in the Debtors' cases.  The Trustee reserves all rights in this regard.

[3] Capitalized terms not otherwise defined in this Notice shall have the meanings provided in the *Declaration of Brian Ryniker in support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [D.I. 2].

Trustee's counsel on or before fourteen (14) days from the date of service of this Notice, then the Property will be deemed abandoned from the Estates.

**Any objections to the proposed abandonment of the Property must be made in writing, and must be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and a copy must be served on the Trustee's counsel, Cozen O'Connor, 1201 North Market Street, Wilmington, DE 19801 Mark Felger, Esq. and Simon Fraser, Esq. (mfelger@cozen.com) (sfraser@cozen.com). Any objection not timely filed and served may be deemed waived. If a timely objection is made, the Court shall set a hearing on the Trustee's proposed abandonment.**

The Trustee reserves the right, before the expiration of the fourteen (14) day notice period, to withdraw this Notice by filing a separate notice of withdrawal, should circumstances warrant.

Dated:  September 10, 2025

/s/ Jeoffrey L. Burtch
Jeoffrey L. Burtch
Chapter 7 Trustee
919 N. Market Street, Suite 460
P.O. Box 549
Wilmington, DE 19801
(302) 472-7427
(302) 792-7427 (fax)

*Chapter 7 Trustee for the Estates of White Forest Resources, Inc., et al.*

80025506\4