# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| White Forest Resources, Inc., *et al.*, | Case No. 25-10195 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Dkt. No. 457 |

## NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS PURSUANT TO RULE 1019(e)(1)(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that on August 25, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Converting These Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (II) Granting Related Relief* [Dkt. No. 457] (the "Conversion Order"). Pursuant to the Conversion Order, the effective date of conversion was August 29, 2025 (the "Conversion Date").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 1019(e) of the Federal Rules of Bankruptcy Procedure and the Conversion Order, the above-captioned debtors (collectively, the "Debtors") hereby file their schedule (the "Schedule") of unpaid debts incurred after the filing of the Debtors' chapter 11 petitions and before the Conversion Date. A copy of the Schedule is attached hereto as Exhibit A.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

[2] The debts listed on the Schedule have not been substantiated by the Debtors and by listing the debts in the attached Schedule neither the Debtors nor their estates admit or concede that any such alleged debt is valid or accurate or that any such debt constitutes an allowed administrative expense. The Schedule does not include amounts owed to chapter 11 professionals subject to final fee applications.

| | |
|---|---|
| Dated: September 12, 2025 | **CHIPMAN BROWN CICERO & COLE, LLP** |
| | /s/ *Alan M. Root* |
| | William E. Chipman, Jr. (No. 3818) |
| | Alan M. Root (No. 5427) |
| | Hercules Plaza |
| | 1313 North Market Street, Suite 5400 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 295-0191 |
| | chipman@chipmanbrown.com |
| | root@chipmanbrown.com |
| | |
| | *Counsel to the Debtors* |