# **EXHIBIT A**

**WFR**
**Schedule of Unpaid Post-petition Debts**

| Debtor | Vendor | Address 1 | Address 2 | Amount |
|---|---|---|---|---|
| South Fork Coal Company, LLC | ACCULAB, INC | 167 STOLLINGS AVE | Logan, WV 25601  USA | 19,613.42 |
| Raven Crest Mining, LLC | AMALGAMATED LOGISTICS INC | PO BOX 254 | GLASCOW, WV 25806 | 11,760.03 |
| Raven Crest Mining, LLC | AMERICAN ELECTRIC POWER | PO BOX 371496 | PITTSBURGH, PA 15250-7496 | 4,113.02 |
| South Fork Coal Company, LLC | AMERICAN ELECTRIC POWER | PO BOX 371496 | PITTSBURGH, PA 15250-7496  USA | 24,373.19 |
| Xinergy Corp. | ANGELA FIELDS | 1295 Ashford Hill Rd | Ashford, WV 25009 | 11,846.15 |
| Raven Crest Mining, LLC | APPALACHIAN POWER COMPANY | PO BOX 371496 | PITTSBURGH, PA 15250-7496 | Undetermined |
| South Fork Coal Company, LLC | ASGCO MFG INC | 730 BANGOR ROAD | Nazareth, PA 18064  USA | 7,006.90 |
| Xinergy Corp. | BLUECROSS BLUESHIELD OF TENNESSEE | 1 Cameron Hill Circle | Chattanooga, TN 37402  USA | 2,820.99 |
| Raven Crest Mining, LLC | BOONE COUNTY | 200 State St, Suite 102 | Madison, WV 25130 | Undetermined |
| Brier Creek Coal Company, LLC | BOONE COUNTY | 200 State St, Suite 102 | Madison, WV 25130 | Undetermined |
| Raven Crest Mining, LLC | BO-RU, LLC | 4601 Chesterfield Avenue | Charleston, WV 25304  USA | 24,234.00 |
| Raven Crest Mining, LLC | BOYD COMPANY | Department 8326 | Carol Stream, IL 60122-8326  USA | 6,092.54 |
| South Fork Coal Company, LLC | BOYD COMPANY | Department 8326 | Carol Stream, IL 60122-8326  USA | 19,019.51 |
| South Fork Coal Company, LLC | BUREAU OF CHILD SUPPORT ENFORCEMENT | P.O. Box 247 | Charleston, WV 25321  USA | 1,219.25 |
| Xinergy Corp. | CBIZ BENEFITS & INSURANCE SERVICES, INC. | PO Box 632886 | Cincinnati, OH 45263  USA | 6,983.02 |
| South Fork Coal Company, LLC | COK DOY | Barrio Quintana S/N | 33100 Trubian Spain | 106,930.27 |
| Xinergy Corp. | COLONIAL LIFE | P.O. Box 1365 | Columbia, SC 29202-1365  USA | 60.20 |
| Xinergy Corp. | COMMONWEALTH COAL MARKETING, INC. | 6800 Paragon Place, STE 440 | Richomond, VA 23226 | 82,328.65 |
| Raven Crest Mining, LLC | CSX TRANSPORTATION | CSXT N/A 127785 PO Box 640839 | Pittsburgh, PA  15264 | 3,235.42 |
| Raven Crest Mining, LLC | DELONG CLEANING LLC | 544 SOUTHERN TRL | Chapmanville, WV 25508  USA | 2,230.00 |
| South Fork Coal Company, LLC | DELONG CLEANING LLC | 544 SOUTHERN TRL | Chapmanville, WV 25508  USA | 5,710.00 |
| South Fork Coal Company, LLC | DEPARTMENT OF ENVIRONMENTAL PROTECTION | DIVISION OF WATER and WASTE MGMT PO Box 364 | Charleston, WV 25322 | 17,914.00 |
| South Fork Coal Company, LLC | DES NEDHE RESOURCES LLC | C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET, WILMINGTON DE 19801 | Undetermined |
| South Fork Coal Company, LLC | DEWAR OF VA, INC. | PO Box 5386 | Princeton, WV 24740  USA | 5,162.00 |
| South Fork Coal Company, LLC | DIRECT COMMUNICATIONS, INC. | PO Box 435 | Summersville, WV 26651  USA | 675.00 |
| Xinergy Corp. | E SQUARED TECHNOLOGY SERVICES | 204 Millstone Drive | Beckley, WV 25801  USA | 742.95 |
| Xinergy Corp. | ENTERPRISE FLEET | PO Box 402383 | Atlanta, GA 30384-2383  USA | 21,796.44 |
| South Fork Coal Company, LLC | FIRST NATL CAPITAL | 1029 HIGHWAY 6 NORTH, SUITE 650-283 | Houston, TX 77079  USA | 30,329.86 |
| Raven Crest Mining, LLC | FRONTIER WEST VIRGINIA | PO Box 740407 | Cincinnati, OH 45274-0407  USA | 1,688.10 |
| South Fork Coal Company, LLC | FRONTIER WEST VIRGINIA | PO Box 740407 | Cincinnati, OH 45274-0407  USA | 1,021.03 |
| South Fork Coal Company, LLC | GREENBRIER COUNTY | 912 Court St. N. Ste 3 | Lewisburg, WV 24901 | Undetermined |
| Xinergy Corp. | GREG WHIRLEY | 1295 Ashford Hill Rd | Ashford, WV 25009 | 26,133.33 |
| Xinergy Corp. | GUARDIAN | PO Box 677458 | DALLAS, TX 75267-7458  USA | 26,702.19 |
| South Fork Coal Company, LLC | HUGHES NETWORK SYSTEMS | PO BOX 96874 | CHICAGO, IL 60693-6874  USA | 429.01 |
| South Fork Coal Company, LLC | HYDRAULIC SUPPLY COMPANY | PO Box 746619 | Atlanta, GA 30374-6619  USA | 1,272.72 |
| South Fork Coal Company, LLC | INDUSTRIAL EQUIPMENT SUPPLY LLC | 130 WALNUT STREET | Versailles, KY 40383 | 80,000.00 |
| South Fork Coal Company, LLC | INTERNAL REVENUE SERVICE | PO Box 7346 | Philadelphia, PA 19101-7346 | Undetermined |
| South Fork Coal Company, LLC | J&J BODY FRAME & TOWING, INC | PO Box 112 | Canvas, WV 26662  USA | 26,361.55 |
| South Fork Coal Company, LLC | JAMES L YOUNG | PO Box 736 | Cedar Grove, WV 25039 | 5,031.44 |
| South Fork Coal Company, LLC | JASON GIBSON | 1431 BUCKHORN ROAD | MOUNT NEBO, WV 26679-8163  USA | 12,000.00 |
| Raven Crest Mining, LLC | JIFFY J'S, INC | Jiffy J's, Inc | PO Box 20392 | 2,720.00 |
| Xinergy Corp. | KENTUCKY POWER COMPANY | PO BOX 371420 | PITTSBURGH, PA 15250-7420 | 333.47 |
| South Fork Coal Company, LLC | KLEINSCHMIDT INC | PO Box 7158 | Deerfield, IL 60015 | 107.88 |
| Xinergy Corp. | LIBERTY NATIONAL | PO Box 248889-73124 | Oklahoma City, OK 73124 | 721.10 |
| South Fork Coal Company, LLC | LINDE GAS  EQUIPMENT INC | PO BOX 382000 | PITTSBURGH, PA 15250-8000  USA | 1,141.00 |
| Raven Crest Mining, LLC | LINDE GAS & EQUIPMENT INC. | PO BOX 382000 | PITTSBURGH, PA 15250-8000  USA | 804.16 |
| South Fork Coal Company, LLC | LUSK DISPOSAL SERVICE INC | PO BOX 300 | Bluefield, WV 24701  USA | 998.65 |
| Raven Crest Mining, LLC | MALLARD ENVIRONMENTAL SERVICES | PO Box 1298 | Shady Spring WV 25918 | 2,595.00 |
| South Fork Coal Company, LLC | MALLARD ENVIRONMENTAL SERVICES | PO Box 1298 | Shady Spring WV 25918 | 83,169.81 |
| Xinergy Corp. | MAP GROUND LEASE OWNER LLC | PO BOX 826834 | Philadelphia, PA 19182-6834  USA | 16,444.47 |
| South Fork Coal Company, LLC | MATTHEW N. BUTCHER | PO Box 3 | Maxwelton, WV 249857 | 2,299.00 |
| Raven Crest Mining, LLC | MINE SAFETY AND HEALTH ADMINISTRATION | PO Box 790390 | ST. LOUIS, MO 63179-0390 | 615.00 |
| South Fork Coal Company, LLC | OFFICE OF MINERS HEALTH SAFETY AND TRAIN | #7 Players Club Drive, STE 2 | Charleston, WV 25311  USA | 222.00 |
| South Fork Coal Company, LLC | OFFICE OF SURFACE MINING | PO Box 979068 | St. Louis, MO 63197-9000 | Undetermined |
| Raven Crest Mining, LLC | OPTIMUM BUSINESS | PO BOX 70340 | PHILADELPHIA, PA 19176  USA | 444.29 |
| Xinergy Corp. | OPTIMUM BUSINESS | PO BOX 70340 | PHILADELPHIA, PA 19176  USA | 449.16 |
| South Fork Coal Company, LLC | PHYSICAL EXAMS, INC. | PO Box 1157 | Wexford, PA 15090 | 385.00 |
| South Fork Coal Company, LLC | PROFESSIONAL HIGHWALL MINING | 330 HARPER PARK DRIVE, STE E | Beckley, WV 25801  USA | 4,250.00 |
| Xinergy Corp. | PROFESSIONAL PARK PROPERTIES, INC. | PO Box 615 | Beckley, WV 25801  USA | 10,800.00 |
| Raven Crest Mining, LLC | PUBLIC SERVICE COMMISSION | 201 Brooks Street | Charleston WV 25323 | 2,000.00 |
| South Fork Coal Company, LLC | QUALITY DRUG TESTING,INC. | 8 Airport Road | Chapmanville, WV 25508  USA | 870.00 |
| Raven Crest Mining, LLC | QUALITY DRUG TESTING,INC. | 8 Airport Road | Chapmanville, WV 25508  USA | 329.00 |
| Raven Crest Mining, LLC | QUALITY MINE CONTROLS, INC. | PO Box 4358 | Chapmanville, WV 25508  USA | 20.00 |
| Xinergy Corp. | RIVERSIDE SHIPPING, LLC | PO Box 865 | Portsmouth, VA 23705  USA | 800.74 |
| Xinergy Corp. | ROCKWOOD CASUALTY INSURANCE CO. | 654 Main Street | Rockwood, PA 15557 | 16,890.00 |
| South Fork Coal Company, LLC | RT ROGERS INC | 300 GRACE STREET | Hinton, WV 25951  USA | 276,003.91 |
| Raven Crest Mining, LLC | RUDD EQUIPMENT COMPANY | PO BOX 77000 | DETROIT, MI 48277 | 50,370.29 |
| Raven Crest Mining, LLC | SGS NORTH AMERICA INC. | PO BOX 2502 | Carol Stream, IL 60132  USA | 1,915.68 |
| South Fork Coal Company, LLC | SGS NORTH AMERICA INC. | PO BOX 2502 | Carol Stream, IL 60132  USA | 793.00 |
| South Fork Coal Company, LLC | SHERIFF OF GREENBRIER COUNTY | 200 N Court St | Lewisburg, WV 24901 | 6,447.23 |
| Xinergy Corp. | SPECTRUM ORIGINATION LLC | 1253 Springfield Ave | New Providence, NJ 07974 | 17,313,333.33 |
| South Fork Coal Company, LLC | SPILMAN, THOMAS & BATTLE | PO Box 273 | Charleston , WV 25321 | 294.60 |
| South Fork Coal Company, LLC | SSAB EUROPE OY | Harvialantie 420 | Hameenlinna, FL 13300  USA | Undetermined |
| South Fork Coal Company, LLC | STAPLES ADVANTAGE | PO box 105748 | Atlanta, GA 30348-5748  USA | 600.97 |
| Xinergy Corp. | STAPLES ADVANTAGE | PO box 105748 | Atlanta, GA 30348-5748  USA | 141.31 |
| Raven Crest Mining, LLC | STATE OF WEST VIRGINIA | Office of WVMHST, 137 Peach Court, STE 2 | Danville, WV 25053 | Undetermined |
| South Fork Coal Company, LLC | STATE OF WEST VIRGINIA | Office of WVMHST, 137 Peach Court, STE 2 | Danville, WV 25053 | Undetermined |
| Xinergy Corp. | STRETTO INC | 410 Exchange Suite 100 | Irvine, CA 92602 | 119,609.50 |
| South Fork Coal Company, LLC | SUMMERSVILLE ARENA & CONFERENCE CENTER | 3 Armory Way | Summersville, WV 26651  USA | 2,802.50 |
| South Fork Coal Company, LLC | SUNBELT RENTALS, INC. | 1799 Innovation Pt | Fort Mill, SC 29715 | 4,975.40 |
| South Fork Coal Company, LLC | U.S. CELLULAR | PO BOX 371345 | Pittsburgh, PA 15250  USA | 102.27 |
| Raven Crest Mining, LLC | UNITED RENTALS (NORTH AMERICA), INC | PO Box 100711 | Atlanta, GA 30384-0711  USA | 14,180.22 |
| South Fork Coal Company, LLC | UNITED RENTALS (NORTH AMERICA), INC. | PO Box 100711 | Atlanta, GA 30384-0711  USA | 32,086.68 |
| Xinergy Corp. | USABLE LIFE | PO Box 204678 | Dallas, TX 75320-4678  USA | 8,856.31 |
| South Fork Coal Company, LLC | UTICA LEASECO, LLC | 905 South Boulevard East | Rochester, MI 48307  USA | Undetermined |
| South Fork Coal Company, LLC | VIRGINIA DRILLING COMPANY, LLC | PO BOX 1198 | Vansant, VA 24656 | 280,440.90 |
| South Fork Coal Company, LLC | VOYA | PO BOX 534480 | Pittsburgh, PA 15253-4480 | 3,571.50 |
| Raven Crest Mining, LLC | W.V. DEPT. OF ENVIRONMENTAL PROTECTION | W.V. DEPT. OF ENVIRONMENTAL PROTECTION | 601 57TH ST. SE | 2,738.00 |
| Raven Crest Mining, LLC | WASTE MANAGEMENT OF WEST VIRGINIA, INC. | PO Box 13648 | CHARLESTON, WV 25304-2345 | 1,413.98 |
| South Fork Coal Company, LLC | WEBSTER TRUCKING INC | PO BOX 811 | Summersville, WV 26651  USA | 456,061.20 |

| | | | | |
|---|---|---|---|---|
| Raven Crest Mining, LLC | WEST VIRGINIA AMERICAN WATER | WEST VIRGINIA AMERICAN WATER | PO BOX 371880 | 44.72 |
| Raven Crest Mining, LLC | WEST VIRGINIA DEP, DIV OF AIR QUALITY | 601 57TH STREET SE | Charleston, WV 25304  USA | 263.64 |
| South Fork Coal Company, LLC | WEST VIRGINIA DEP, DIV OF AIR QUALITY | 601 57TH STREET SE | Charleston, WV 25304  USA | 1,919.20 |
| Raven Crest Mining, LLC | WETT LABS, INC. | 488 Zatto Lane | Danville, WV 25053 | 9,900.00 |
| South Fork Coal Company, LLC | WPP LLC | c/o NRP (Operating) L-2495 | Columbus, OH 43260  USA | Undetermined |
| South Fork Coal Company, LLC | WV DEPT OF ENVIRONMENTAL PROTECTION | 601 57th Street SE | Charleston, WV 25339  USA | 72,867.00 |
| South Fork Coal Company, LLC | WV DIVISION OF NATURAL RESOURCES | 324 FOURTH AVE, ROOM 200 | Charleston, WV 25303  USA | 2,100.00 |