# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| White Forest Resources, Inc., *et al.*, | Case No. 25-10195 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Dkt. No. 457 |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

**PLEASE TAKE NOTICE** that on August 25, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Converting These Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (II) Granting Related Relief* [Dkt. No. 457] (the "Conversion Order"). Pursuant to the Conversion Order, the effective date of conversion was August 29, 2025 (the "Conversion Date").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 1019(e) of the Federal Rules of Bankruptcy Procedure and the Conversion Order, attached hereto as Exhibit A is a copy of the Debtors' final report and account

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

| | |
|---|---|
| Dated: September 29, 2025 | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ *Alan M. Root*<br>William E. Chipman, Jr. (No. 3818)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>chipman@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Former Counsel to the Debtors* |