IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>White Forest Resources, Inc., *et al.*<br><br>Debtors.1 | Chapter 7<br><br>Case No. 25-10195 (TMH)<br><br>(Jointly Administered)<br><br>Related Docket No. 471 |

## ORDER REGARDING ABANDONMENT OF CERTAIN PROPERTY

UPON the filing of the Notice of Trustee's Intent to Abandon Certain Property (the "Notice")[2], providing the parties in interest with notice of and opportunity for a hearing of the Trustee's intention to abandon certain property set forth in the Notice (the "Abandonment"), and this Court finding that proper and adequate notice of the Trustee's intent to abandon has been given, and a reasonable opportunity to object or to be heard regarding the Abandonment has been afforded to all interested persons and entities;

IT IS HEREBY ORDERED THAT:

1. All Property, as defined in the Notice, which is property of the Estates, is hereby abandoned pursuant to 11 U.S.C. § 554 and relinquished without limitation.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 2nd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Notice.