IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE FOREST RESOURCES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10195 (TMH) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 4, 2025 at 11:00 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.

MATTER UNDER CERTIFICATE OF NO OBJECTION:

1. Trustee's Application to Employ Cozen O'Connor as General Bankruptcy Counsel [D.I. 504; filed 10/6/2025]

   Response Deadline: October 28, 2025 at 4:00 p.m. ET

   Related Documents:

   A. Certificate of No Objection Relating to Trustee's Application to Employ Cozen O'Connor as General Bankruptcy Counsel [D.I. 513; filed 10/31/2025]

   Status: A Certificate of No Objection has been filed.

Dated: October 31, 2025

**COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (#3919)
Simon E. Fraser (#5313)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com; sfraser@cozen.com

*Proposed Counsel to Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.