IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WHITE FOREST RESOURCES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-10195 (TMH) |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 4, 2025 at 11:00 A.M. (ET)

**\*\*THIS HEARING HAS BEEN CANCELLED BY THE COURT\*\***

MATTER NOT GOING FORWARD:

1. Trustee's Application to Employ Cozen O'Connor as General Bankruptcy Counsel [D.I. 504; filed 10/6/2025]

    Response Deadline:  October 28, 2025 at 4:00 p.m. ET

    Related Documents:

    A. Certificate of No Objection Relating to Trustee's Application to Employ Cozen O'Connor as General Bankruptcy Counsel [D.I. 513; filed 10/31/2025];

    B. **Order Granting Trustee's Application to Employ Cozen O'Connor as General Bankruptcy Counsel [D.I. 515; entered 10/31/2025]**

    Status: An Order has been entered, and the hearing cancelled by the Court.

                                                                **COZEN O'CONNOR**

Dated: November 3, 2025                    */s/ Mark E. Felger*
                                                                Mark E. Felger (#3919)
                                                                Simon E. Fraser (#5313)
                                                                1201 N. Market Street, Suite 1001
                                                                Wilmington, DE 19801-1147
                                                                (302) 295-2000
                                                                mfelger@cozen.com; sfraser@cozen.com

                                                                *Counsel to Chapter 7 Trustee*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia, Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

[2] Amended text is displayed in bold typeface.