# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>White Forest Resources, Inc., *et al*.<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-10195 (TMH)<br><br>(Jointly Administered) |

**STIPULATION AND ORDER FOR IMMEDIATE REJECTION OF
MASTER EQUITY LEASE AGREEMENT WITH ENTERPRISE FM TRUST
AND ENTERPRISE FLEET MANAGEMENT, INC. AND TO MODIFY THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

This stipulation and order (the "**Stipulation**") is entered into by and among Jeoffrey L. Burtch as chapter 7 trustee (the "**Trustee**") for the estates (the "Estates") of White Forest Resources, Inc. and its related debtors in the above-captioned cases (collectively, the "**Debtors**"), and Enterprise FM Trust and Enterprise Fleet Management, Inc. (together, "**Enterprise**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS**, on February 7, 2025, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Petition Date**").

**WHEREAS**, on August 25, 2025 (the "**Conversion Date**"), the Court entered the *Order (I) Converting These Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief*. The Trustee was appointed as the chapter 7 trustee for the Debtors' estates.

**WHEREAS**, prior to the Petition Date, the Debtors entered into the *Master Equity Lease Agreement* dated January 26, 2017 with Enterprise (the "**Lease Agreement**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: White Forest Resources, Inc. (3764); Xinergy Corp. (3865); Xinergy of West Virginia Inc. (2401); Shenandoah Energy, LLC (6770); South Fork Coal Company, LLC (3113); Bull Creek Processing Company, LLC (0894); Raven Crest Mining, LLC (0122); Brier Creek Coal Company, LLC (9999) Raven Crest Contracting, LLC (7796); Raven Crest Leasing, LLC (7844); and Raven Crest Minerals, LLC (7746). The Debtors' service address is 1295 Ashford Hill Rd., Ashford, WV 25009.

4932-2166-0436.1

**WHEREAS**, as of the Conversion Date, pursuant to the Lease Agreement, the Debtors were leasing the vehicles listed in the attached **Exhibit 1** pursuant to the terms of the Lease Agreement (the "**Vehicles**").

**WHEREAS**, pursuant to the terms of the Lease Agreement, and subject to a formula set forth therein, the Debtors had the right to receive certain funds back from Enterprise (the "**Equity Interest**") following the return and retrieval the leased Vehicles, subject to a number of variables, including, *inter alia*, the condition and mileage of each Vehicle and the sales price realized by Enterprise.

**WHEREAS**, the Debtors ceased operating on the Conversion Date, and as a result, the Trustee does not require the Vehicles to administer the Estates.

**WHEREAS**, to reduce the potential administrative expenses for the Estates, the Trustee seeks to reject the Lease Agreement.

**WHEREAS**, the Parties have agreed to a modification of the automatic stay under section 362 of the Bankruptcy Code (to the extent necessary) so that Enterprise can pick up and liquidate the Vehicles.

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The Lease Agreement shall be deemed rejected pursuant to 11 U.S.C. § 365 as of the Conversion Date.

2. To the extent required, the automatic stay under 11 U.S.C. § 362 is modified to permit Enterprise to pick up and sell the Vehicles in a commercially reasonable manner.

3. Enterprise shall provide the Trustee with an accounting of the costs of disposition and funds obtained from the sale of the Vehicles.

4. Should the sale of the Vehicles result in a positive Equity Interest, and after the application of any unpaid receivables or other losses under the Lease Agreement against such Equity Payment, Enterprise shall remit (the "Payment") to the Estates the Equity Interest as soon as practicable and in accordance with the terms and condition of the Lease Agreement, in any case within forty-five (45) days after the sale of all Vehicles.

5. Such Payment, however, shall be subject to a holdback of no more than $10,000 for delayed charges under the Lease Agreement (the "**Holdback**") for up to an additional ninety (90) days, at which time any unpaid amount of the Holdback shall be remitted to the Estates.

6. If the sale of the Vehicles results in a negative Equity Interest, Enterprise may file a proof of claim on account of its losses under the Lease Agreement within forty-five (45) days after the sale of all Vehicles.

7. The Court shall retain sole and exclusive jurisdiction over all aspects of this Stipulation, including its interpretation, implementation, and any resolution of disputes or controversies arising therefrom.

**REVIEWED AND APPROVED:**

| | |
|---|---|
| **COZEN O'CONNOR** | **COOCH AND TAYLOR, P.A** |
| | /s/ *R. Grant Dick IV* |
| | R. Grant Dick IV (Del. No. 5123) |
| /s/ *Simon E. Fraser* | Kevin D. Levitsky (Del. No. 7228) |
| Simon E. Fraser, Esq. (No. 5335) | 1000 N. West Street, Suite 1500 |
| 1201 N. Market St., Ste. 1001 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 984-3800 |
| Telephone: (302) 295-2000 | Facsimile: (302) 984-3939 |
| Email: sfraser@cozen.com | Email: gdick@coochtaylor.com |
| | klevitsky@coochtaylor.com |
| *Counsel for the Trustee* | |
| | *Counsel for Enterprise Fleet Management, Inc. and Enterprise FM Trust* |
| | and |
| | **FOLEY & LARDNER LLP** |
| | Geoff Goodman |
| | Illinois Bar No. 6272297 |
| | ggoodman@foley.com |
| | 321 North Clark Streety, Suite 2800 |
| | Chicago, IL 60654 |
| | Tel. 321-832-4500 |
| | *Counsel for Enterprise FM Trust and Fleet Management, Inc.* |

# Exhibit 1



| Vehicle | Master Cust N | Master Cust Name | VIN | Year | Make | Model | Series | Calculated Mileage Date | Delivery Date | License Sta | License Nu | License Exp. | Lease Type | Lease Term | Contract Miles | Months In Serv | Delivered Pr | Street Ad | Street Ad | Garage City | Garage Stat | Garage County | Lease End Date | Garage Postal | Garage Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27GSCF | 572626 | White Forest Resources, Inc. | 3C6UR5CJ4RG250799 | 2024 | RAM | 2500 | Tradesman | 5/20/2024 | 5/20/2024 | WV | 408209A | 4/1/2026 | Equity II | 48 | 100000 | 16 | 55402.39 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 5/31/2028 | 25009 | USA |
| 27GSPJ | 572626 | White Forest Resources, Inc. | 3C6UR5CJ9RG250801 | 2024 | RAM | 2500 | Tradesman | 4/23/2024 | 4/23/2024 | WV | 408211A | 4/1/2026 | Equity II | 48 | 100000 | 17 | 45021.12 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 4/30/2028 | 25009 | USA |
| 27GSPL | 572626 | White Forest Resources, Inc. | 3C6UR5CJ0RG249424 | 2024 | RAM | 2500 | Tradesman | 5/1/2024 | 5/1/2024 | WV | 408206A | 4/1/2026 | Equity II | 48 | 100000 | 17 | 55157.98 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 4/30/2028 | 25009 | USA |
| 27GSPN | 572626 | White Forest Resources, Inc. | 3C6UR5CJ0RG250802 | 2024 | RAM | 2500 | Tradesman | 4/23/2024 | 4/23/2024 | WV | 408210A | 4/1/2026 | Equity II | 48 | 100000 | 17 | 45048.49 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 4/30/2028 | 25009 | USA |
| 27GSPR | 572626 | White Forest Resources, Inc. | 3C6UR5CJ2RG249425 | 2024 | RAM | 2500 | Tradesman | 7/2/2024 | 7/2/2024 | WV | 408208A | 4/1/2026 | Equity II | 48 | 100000 | 14 | 45960.79 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 7/31/2028 | 25009 | USA |
| 253VD6 | 572626 | White Forest Resources, Inc. | 3C6UR5CJ6NG155364 | 2022 | RAM | 2500 | Tradesman | 11/18/2021 | 11/18/2021 | WV | DZU157 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 253VD7 | 572626 | White Forest Resources, Inc. | 3C6UR5CJ8NG155365 | 2022 | RAM | 2500 | Tradesman | 11/18/2021 | 11/18/2021 | WV | DZU183 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 253VD8 | 572626 | White Forest Resources, Inc. | 3C6UR5CJXNG155366 | 2022 | RAM | 2500 | Tradesman | 11/30/2021 | 11/30/2021 | WV | DZU177 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 253VDB | 572626 | White Forest Resources, Inc. | 3C6UR5CJ2NG155359 | 2022 | RAM | 2500 | Tradesman | 11/18/2021 | 11/18/2021 | WV | DZU156 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 253VDC | 572626 | White Forest Resources, Inc. | 3C6UR5CJ5NG155355 | 2022 | RAM | 2500 | Tradesman | 12/2/2021 | 12/2/2021 | WV | DZU194 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 45 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 253VDD | 572626 | White Forest Resources, Inc. | 3C6UR5CJ1NG155367 | 2022 | RAM | 2500 | Tradesman | 11/30/2021 | 11/30/2021 | WV | DZU176 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 253VDF | 572626 | White Forest Resources, Inc. | 3C6UR5CJ3NG155368 | 2022 | RAM | 2500 | Tradesman | 12/2/2021 | 12/2/2021 | WV | DZU195 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 45 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 253VDG | 572626 | White Forest Resources, Inc. | 3C6UR5CJ5NG155369 | 2022 | RAM | 2500 | Tradesman | 11/30/2021 | 11/30/2021 | WV | DZU184 | 12/1/2025 | Equity Lease - Fixed | 48 | 100000 | 46 | 42263.00 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |
| 26JS9Z | 572626 | White Forest Resources, Inc. | 1FTFW1E53NKE68237 | 2022 | Ford | F-150 | Lariat 4x4 | 12/16/2022 | 12/16/2022 | WV | 35X529 | 3/1/2026 | Equity Lease - Fixed | 60 | 100000 | 33 | 56770.72 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 12/31/2027 | 25009 | USA |
| 26KTVC | 572626 | White Forest Resources, Inc. | 1FTFW1E51NKE68429 | 2022 | Ford | F-150 | Lariat 4x4 | 2/8/2023 | 2/8/2023 | WV | 1XH718 | 1/1/2026 | Equity Lease - Fixed | 60 | 100000 | 31 | 51180.29 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 2/29/2028 | 25009 | USA |
| 26KTW6 | 572626 | White Forest Resources, Inc. | 1FTFW1E58NKE68122 | 2022 | Ford | F-150 | Lariat 4x4 | 3/24/2023 | 3/24/2023 | WV | 49D466 | 4/1/2026 | Equity Lease - Fixed | 60 | 100000 | 30 | 56569.76 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 3/31/2028 | 25009 | USA |
| 26KTWB | 572626 | White Forest Resources, Inc. | 1FTFW1E59NKE68680 | 2022 | Ford | F-150 | Lariat 4x4 | 2/28/2023 | 2/28/2023 | WV | 35X549 | 3/1/2026 | Equity Lease - Fixed | 60 | 100000 | 31 | 56372.31 | 1295 ASHFORD HILL | | ASHFORD | WV | BOONE | 2/29/2028 | 25009 | USA |
| 26LDNC | 572626 | White Forest Resources, Inc. | 1FMJU1RT6NEA46594 | 2022 | Ford | Expedition | Timberline | 12/30/2022 | 12/30/2022 | WV | 2ZC444 | 2/1/2026 | Equity Lease - Fixed | 60 | 100000 | 33 | 68419.05 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2027 | 25009-976 | USA |
| 23TX9R | 572626 | White Forest Resources, Inc. | 1C6SRFGT9MN815198 | 2021 | RAM | 1500 | Tradesman | 7/15/2021 | 7/15/2021 | WV | O7Y483 | 10/1/2026 | Equity Lease - Fixed | 59 | 98333 | 50 | 34069.00 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 6/30/2026 | 25009 | USA |
| 233SLX | 572626 | White Forest Resources, Inc. | 1FT7W2B60KEF17119 | 2019 | Ford | F-250 | XL 4x4 SD | 6/20/2019 | 6/20/2019 | WV | 75A977 | 7/1/2026 | Equity Lease - Fixed | 78 | 170625 | 75 | 31933.57 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 233SML | 572626 | White Forest Resources, Inc. | 1FT7W2B67KEF17120 | 2019 | Ford | F-250 | XL 4x4 SD | 6/20/2019 | 6/20/2019 | WV | 75A976 | 7/1/2026 | Equity Lease - Fixed | 78 | 130000 | 75 | 32196.07 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22SBZZ | 572626 | White Forest Resources, Inc. | 1GC2KUEG6JZ106322 | 2018 | Chevrolet | Silverado 2 | WT 4x4 Dc | 5/30/2018 | 5/30/2018 | WV | 74A313 | 7/1/2026 | Equity Lease - Fixed | 96 | 128000 | 88 | 31583.12 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 5/31/2026 | 25009 | USA |
| 22DH5F | 572626 | White Forest Resources, Inc. | 1GC1KUEG1HF126419 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 2/25/2019 | 1/31/2017 | WV | 42G477 | 4/1/2026 | Equity Lease - Fixed | 107 | 150620 | 104 | 34749.22 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22DH88 | 572626 | White Forest Resources, Inc. | 1GC1KUEG9HF101817 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 1/31/2017 | 1/31/2017 | WV | 42G478 | 4/1/2026 | Equity Lease - Fixed | 107 | 150620 | 104 | 35222.44 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22DH92 | 572626 | White Forest Resources, Inc. | 1GC1KUEG1HF109667 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 2/8/2017 | 2/8/2017 | WV | 3YX567 | 3/1/2026 | Equity Lease - Fixed | 106 | 151518 | 103 | 32954.40 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22DH9L | 572626 | White Forest Resources, Inc. | 1GC1KUEG8HF106006 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 2/8/2017 | 2/8/2017 | WV | 3YX566 | 3/1/2026 | Equity Lease - Fixed | 106 | 151518 | 103 | 33385.50 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22DHCH | 572626 | White Forest Resources, Inc. | 1GC1KUEG2HF114120 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 2/8/2017 | 2/8/2017 | WV | 3YX565 | 3/1/2026 | Equity Lease - Fixed | 106 | 151518 | 103 | 33663.60 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 12/31/2025 | 25009 | USA |
| 22HDTM | 572626 | White Forest Resources, Inc. | 1GC1KUEG6HF109051 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 6/20/2017 | 6/20/2017 | WV | 81V338 | 8/1/2026 | Equity Lease - Fixed | 108 | 150003 | 99 | 32881.62 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 6/30/2026 | 25009 | USA |
| 22HDTN | 572626 | White Forest Resources, Inc. | 1GC1KUEG9HF209337 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 6/20/2017 | 6/20/2017 | WV | 81V337 | 8/1/2026 | Equity Lease - Fixed | 108 | 150003 | 99 | 32490.50 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 6/30/2026 | 25009 | USA |
| 22M4SS | 572626 | White Forest Resources, Inc. | 1GC1KUEG2HF228487 | 2017 | Chevrolet | Silverado 2 | WT 4x4 Cr | 11/9/2017 | 11/9/2017 | WV | DWJ144 | 12/1/2025 | Equity Lease - Fixed | 96 | 128000 | 94 | 32885.40 | 1295 Ashford Hill Rd | | ASHFORD | WV | BOONE | 11/30/2025 | 25009 | USA |